James Y. Wu (Cal. SB# 213090)
Email: james.wu@quarles.com
QUARLES & BRADY LLP
1990 North California Boulevard
8th Floor
Walnut Creek, CA 94596-7261
Telephone: 925.658.0300
Facsimile: 602.417.2932
**Attorneys for Plaintiff
Hoffmaster Group, Inc.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOFFMASTER GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MY PAPER SHOP.COM, INC., a California corporation,<br><br>Defendant. | CASE NO. 18-CV-02160<br><br>**COMPLAINT FOR BREACH OF CONTRACT** |

Plaintiff Hoffmaster Group, Inc. ("Hoffmaster") for its claims against Defendant My Paper Shop.com, Inc. ("MyPaperShop"), hereby alleges as follows:

## NATURE OF THE ACTION

1. Hoffmaster brings this lawsuit pursuant to 28 U.S.C. § 1332 to recover $241,409.56 in damages Hoffmaster has suffered as a result of MyPaperShop's breaches of contract by failing to pay Hoffmaster for specialty paper products MyPaperShop ordered from Hoffmaster on several dates between approximately May 31, 2018 and October 24, 2018.

## THE PARTIES

2. Hoffmaster is a corporation organized under the laws of the State of Delaware, with its principal place of business in Wisconsin located at 2920 North

1  Main Street, Oshkosh, Wisconsin 54901.

2    3. Upon information and belief, MyPaperShop is a corporation organized under the laws of the State of California, with its principal place of business in California located at 1224 East Katella Avenue, Suite 209, Orange, California 92867.

## JURISDICTION AND VENUE

  4. This Court has jurisdiction over this action under 28 U.S.C. § 1332 as the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

  5. This Court has personal jurisdiction over MyPaperShop because MyPaperShop is a California corporation that has engaged in substantial and not isolated activities within the State of California, including ordering Hoffmaster paper products and breaching its agreement with Hoffmaster to pay for the same.

  6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Hoffmaster's claims arose within this district.

## BREACH OF CONTRACT

  7. Hoffmaster manufactures and markets specialty paper products.

  8. MyPaperShop sells Hoffmaster paper products online through MyPaperShop's website.

  9. MyPaperShop does not maintain an inventory of Hoffmaster products for sale to MyPaperShop's customers.

  10. MyPaperShop instead orders from Hoffmaster the same products MyPaperShop has sold to its customers after receiving the customers' orders.

  11. MyPaperShop then instructs Hoffmaster to deliver the products directly to MyPaperShop's customers, fulfilling the orders for which MyPaperShop has been paid by its customers.

  12. Hoffmaster delivers the products on behalf of MyPaperShop to MyPaperShop's customers in exchange for MyPaperShop agreeing to pay

Hoffmaster an agreed upon sum for each order within 30 days of the date on which MyPaperShop orders the products at issue from Hoffmaster.

13. Between May 31, 2018 and October 24, 2018, MyPaperShop repeatedly ordered paper products from Hoffmaster in hundreds of individual transactions.

14. MyPaperShop agreed to pay a specified amount for each transaction within 30 days of the date on which MyPaperShop placed each order.

15. Hoffmaster agreed to deliver the products MyPaperShop ordered to MyPaperShop's customers, as MyPaperShop requested.

16. Within days of each order transaction, Hoffmaster issued an invoice to MyPaperShop stating these and the other terms and conditions to which the parties agreed for each transaction.

17. MyPaperShop accepted and agreed to these terms and conditions, including that MyPaperShop would pay Hoffmaster the sum stated in each invoice within 30 days of each order.

18. Hoffmaster in fact timely delivered the products MyPaperShop ordered between May 31, 2018 and October 24, 2018 to MyPaperShop's customers as MyPaperShop instructed, fulfilling the orders for which MyPaperShop had been paid by its customers.

19. But when it came time for MyPaperShop to pay Hoffmaster for each order, MyPaperShop refused to pay Hoffmaster the sums to which the parties had agreed.

20. Hoffmaster advised MyPaperShop that it had breached its agreement to promptly pay Hoffmaster the invoiced amount for each of the orders and that MyPaperShop owed Hoffmaster a total sum of $241,409.56.

21. MyPaperShop tacitly conceded its breach, but responded by steadfastly refusing to honor the terms of the parties' agreement by making payment.

22. As a result, MyPaperShop remains in breach of its agreement to pay

Hoffmaster for the products MyPaperShop ordered and Hoffmaster delivered to MyPaperShop's customers pursuant to MyPaperShop's instructions.

23. As a direct and proximate result of MyPaperShop's material breach, Hoffmaster has been damaged in an amount to be proved at trial, but no less than $241,409.56, plus interest.

WHEREFORE, Hoffmaster demands the entry of judgment against MyPaperShop as follows:

    A. For compensatory damages in an amount to be proven at trial;

    B. For Hoffmaster's expenses, attorneys' fees, and court costs;

    C. For pre- and post-judgment interest on the foregoing amounts; and

    D. For such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 6th day of December, 2018.

    Quarles & Brady LLP

    By: /s/ James Y. Wu
        James Y. Wu
        1990 North California Boulevard
        8th Floor
        Walnut Creek, CA 94596-7261
        925.658.0300
        james.wu@quarles.com

    Attorneys for Plaintiff
    Hoffmaster Group, Inc.