NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

James Y. Wu (Cal. SB# 213090)
Email: james.wu@quarles.com
Quarles & Brady LLP
1990 North California Boulevard
8th Floor
Walnut Creek, CA  94596-7261
Telephone: 925.658.0300
Facsimile: 602.417.2932

ATTORNEY(S) FOR:  Hoffmaster Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOFFMASTER GROUP, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>MY PAPER SHOP.COM, INC.<br><br>Defendant(s) | CASE NUMBER:<br><br>18-CV-02160<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___HOFFMASTER GROUP, INC.___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Hoffmaster Holdings, Inc. | Owner of more than 25% of the issued shares of Hoffmaster Group, Inc. |
| Hoff Acquisition, Inc. | Owner of more than 25% of the issued shares of Hoffmaster Holdings, Inc. |
| WCP Hoff Holdings, Inc. | Owner of more than 25% of the issued shares of Hoff Acquisition, Inc. |
| Wellspring Capital Partners V, LP | Owner of more than 25% of the shares of WCP Hoff Holdings, Inc. |

December 6, 2018                                   /s/ James Y. Wu
Date                                                          Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Hoffmaster Group, Inc.

CV-30 (05/13)                             **NOTICE OF INTERESTED PARTIES**