JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hoffmaster Group, Inc, <br><br> Plaintiff, <br><br> v. <br><br> MyPaperShop.com, et al, <br><br> Defendant(s). | SACV 18-02160-JVS(DFMx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: March 6, 2019

                                                James V. Selna
                                    United States District Judge